AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CARLIS STARKE, as guardian
for REGINALD STARKE, an
incapacitated adult

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV206-105

UNITED STATES OF AMERICA

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated November 21, 2006, granting the Government's motion to dismiss; judgment of dismissal is hereby entered for lack of subject matter jurisdiction and this case stands dismissed.

November 22, 2006
Date

Scott L. Poff
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03