**In the United States District Court
for the Southern District of Georgia
Brunswick Division**

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2007 FEB -8  P 3: 34

CLERK
SO. DIST. OF GA

| | | |
|---|---|---|
| CARLIS STARKE, as guardian for REGINALD STARKE, an incapacitated adult, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| UNITED STATES OF AMERICA, | : | |
| Defendant. | : | NO. CV206-105 |

### O R D E R

The Court granted the Government's motion to dismiss the above-captioned case for lack of subject matter jurisdiction. Thereafter, Plaintiff filed a notice of appeal, and filed a document with the Clerk's office directing it to prepare a record for the appeal that included a newly-filed deposition transcript. The Clerk construed Plaintiff's directions as a motion to supplement the record. The Government has not responded to Starke's motion.

Starke did not submit this deposition in opposition to the motion to dismiss, and it was not considered by the Court in

AO 72A
(Rev. 8/82)

ruling on the motion. Plaintiff has not provided any rationale, precedential authority, or memorandum of law in support of her request for an expanded record on appeal. See Local Rule 7.1(b). Consequently, the motion is **DENIED**. Dkt. No. 23.

    **SO ORDERED**, this 8th day of February, 2007.

                                                      /s/ Anthony A. Alaimo  
                                                      JUDGE, UNITED STATES DISTRICT COURT  
                                                      SOUTHERN DISTRICT OF GEORGIA