IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT

2007 MAR 23 A 11: 27

CARLIS STARKE,
as guardian for Reginald Starke, an incapacitated adult,

vs.

UNITED STATES OF AMERICA,

CV206-105
Appeal No. 06-16541-JJ

## ORDER

Pursuant to 11th Cir.R.42-2c, this appeal is hereby dismissed for want of prosecution because the appellant has failed to file the record excerpts within the time fixed by rules, effective this 20th day of March, 2007.

**IT IS HEREBY ORDERED** that the order of the United States Court of Appeals for the Eleventh Circuit is made the Judgment of this Court.

**SO ORDERED**, this _23_ day of March 2007.

Anthony A. Alaimo
Judge, Untied States District Court
Southern District of Georgia